IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DICQUES CHAMBERS, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 99-C-2005-S |
| DR. GEORGE DUQUETTE d/b/a THE DUQUETTE CENTER, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for summary judgment is due to be granted and this case dismissed. An appropriate order will be entered.

DONE, this 19th day of May, 2003.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE